NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1579

**L-3 COMMUNICATIONS CORPORATION, LINK SIMULATION & TRAINING DIVISION,**

Appellant,

v.

**Michael B. Donley, SECRETARY OF THE AIR FORCE,**

Appellee.

Appeal from the Armed Services Board of Contract Appeals in no. 54920, Administrative Judge Monroe E. Freeman, Jr.

ON MOTION

Before GAJARSA, LINN, and PROST, <u>Circuit Judges</u>.

PER CURIAM.

## O R D E R

L-3 Communications Corporation, Link Simulation & Training Division moves for reconsideration of the court's order dismissing its appeal as untimely.

Upon consideration thereof

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

MAY -1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Roy A. Klein, Esq.
Matthew H. Solomson, Esq.
s8



FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK